IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUALITY BEAUTY SUPPLY CO., INC., <br><br> Plaintiff. <br><br> v. <br><br> SELECTIVE INSURANCE GROUP, INC., and SELECTIVE INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No. 1:24-cv-01996 |

## DEPOSITION NOTICE OF JEFFREY LINK

TO: SEE SERVICE LIST

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the below-named Deponent before a Notary Public or any other duly authorized officer in the City of Chicago, on:

EXAMINEE: **JEFFREY LINK**

DATE: **NOVEMBER 20, 2024**        TIME: **1:00 P.M.**

ADDRESS: **ZOOM VIDEO DEPOSITION.**

YOU ARE FURTHER NOTIFIED pursuant to the Civil Practice Act and Rules of the Supreme Court of Illinois, that you are by this notice required to have presence ON THE DATE, TIME AND PLACE STATED, SAID DEPONENT FOR INDEPENDENT MEDICAL EXAMINATION FOR THE PURPOSE OF DISCOVERY.

**CARRILLO LAW, LLC**

BY: _____
Attorneys for Defendant(s)

1

Don Carrillo
Carrillo Law, LLC
864 Asbury Lane
Schaumburg, IL 60193
(847) 337-5505
dcarrillo@carrillolawus.com

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that this First Notice of Deposition was served upon the parties to whom it is directed by enclosing a true copy of same in the properly addressed, electronic mail addresses to all counsel of record at or before 5:00 p.m. on this 18TH day of October 2024.

| | | |
|---|---|---|
| [**X**] | Under penalties as provided by law pursuant to ILL.REV.STAT. CHAP 110-SEC 1-109 I certify that the statements set forth herein are true and correct. | DATE: ____10/18/2024_____ <br><br> _____*(signature)*_____ |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## **SERVICE LIST**

### *Counsel for Defendants:*

Michael Baniak
Sam Shangguan
Litchfield Cavo LLP
303 West Madison
Suite 300
Chicago, IL 60606
(312) 781-6596

baniak@litchfieldcavo.com
shangguan@litchfieldcavo.com